**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 148 |
| | ) | |
| ISRAEL MAZARIEGOS-ORTIZ, | ) | |
| A/K/A "UBALDO MORALES-BRAVO" | ) | |
| | ) | |
| Defendant. | ) | |

FILED
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 17, 2007, in the State and District of Delaware, the defendant herein, Israel Mazariegos-Ortiz, an alien and citizen of Guatemala, who had been deported from the United States on or about December 22, 2005, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: _[signature]_
Christopher J. Burke
Assistant United States Attorney

Dated: November 6, 2007